IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| VICTOR WILSON, | : | Case No. 1:19-cv-872 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| CC HOLDINGS RESTAURANT GROUP, | : | |
| Defendant. | : | |

ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 9), GRANTING
MOTION TO DISMISS (DOC. 3), AND TERMINATING ACTION

This action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, is before the Court upon the Report and Recommendation (the "Report") (Doc. 9) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Litkovitz recommends that the Court grant Defendant's Motion to Dismiss (Doc. 3) and terminate this action. Plaintiff filed Objections (Doc. 10) to the Report, in response to which Defendant filed a memorandum supporting the Magistrate Judge's recommended disposition.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections are not well-taken and are accordingly **OVERRULED**. Defendant's Motion to Dismiss (Doc. 3) is **GRANTED** and this case shall be **TERMINATED** on the Court's docket.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE